

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

K.A.K.

        Plaintiff,

    v.

KOHL'S DEPARTMENT STORES,
INC., and DOES 1 to 20,

        Defendant.

**Case No. 2:19-cv-03276-RSWL-JPRx**

**ORDER PURSUANT TO FED. R.
CIV. P. 41(a)(1)**

      Pursuant to the stipulation of the parties, the Court hereby dismiss the case
pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS SO ORDERED.

DATED:  March 9, 2021

By:     **/S/ RONALD S.W. LEW**
           United States District Judge

Case No2:19-cv-03276-RSWL-JPR.

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1) and [PROPOSED]
ORDER